IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEWYORK
                                        CASE NO.:

---------------------------------------------------------X

Alan Eisenman and Isaac Begun,

                    Plaintiff,


-against-

Lawrence Katz, The Law Office of
Lawrence Katz, P.C., and The Law Office
of Lawrence Katz, Esq., PLLC,
                    Defendants.
---------------------------------------------------------X


NOTICE OF REMOVAL


Pursuant to Bankruptcy Rule 9027, and 28 U.S.C § 1452, Defendants, Lawrence Katz, The Law Office of Lawrence Katz, P.C., and The Law Office of Lawrence Katz, Esq., PLLC, remove the above-captioned action from the Supreme Court of the State of New York, Nassau County, Index No.: 615418/2022 to the United States District Court for the Eastern District of New York. The parties filing the notice consent to the bankruptcy's court's entry of a final judgment or order.

STATEMENT OF THE GROUNDS FOR REMOVAL

Removal is based upon 28 U.S.C § 1452 which permits a party to remove a case where there has been a filing of a bankruptcy petition under title 11.   A bankruptcy petition has been filed under case number 25-45985-jmm Law Offices of Lawrence Katz, P.C.   by the defendant, The Law Office of Lawrence Katz P.C.  Upon the filing the Federal District Court obtained original jurisdiction over the case in state court. 28 USC §1334(b).


1. A true copy of the Complaint is attached hereto as Exhibit "A." True copies of the pleadings and process in the state court docket, in chronological order, including the Summons with Notice, the Demand for Complaint and the Answer are attached

    hereto as Composite Exhibit "B." A true copy of the docket printout from the state court is attached hereto as Exhibit "C."

2. At the time of the filing of the Notice of Removal all defendants consented to removal.
3. On or about November 4, 2022 the Plaintiffs initially filed a Summons with Notice, thereafter, on March 12, 2023 the Defendants duly served a Demand for a Complaint indicating that pursuant to CPLR § 3012(b), the demand did not constitute an appearance in the action or a waiver of any jurisdictional or other claims or defenses or objections to venue.
4. The Complaint was served on March 29, 2023.

CONCLUSION

    A Notice of Filing of the Notice of Removal will be filed in the Supreme Court of the State of New York, County of Nassau, with copies served on counsel of record, pursuant to FRBP Rule 9027(b).

    By filing this Notice of Removal, Defendants do not waive any defenses, including without limitation, lack of capacity to sue, lack of personal jurisdiction, improper venue or forum, all defenses specified in FRCP Rule 12, or any other defense. All claims of Plaintiffs require dismissal.

    \WHEREFORE, the Defendants, give notice that the above-captioned action now pending against them in the Supreme Court of the State of New York for Nassau County under Index No.: 615418/2022 is removed to this Court.

   Dated: January 19, 2026

                                   Respectfully submitted,

                                   Lawrence Katz Esq

                                   464 Malbone Street Suite 100

                                   Brooklyn New York11225

                                   516-374-2118