NYSCEF - New York State Courts Electronic Filing (Live System)

*<< Return to* **Search Results**

## 615418/2022 - Nassau County Supreme Court

Short Caption: **Alan Eisenman et al v. Lawrence Katz et al**
Case Type: **Torts - Other Professional Malpractice (Legal)**
Case Status: **Active**
eFiling Status: **Full Participation Recorded**
Assigned Judge: **Thomas Rademaker**

E-mail Participating Parties

Print Document List

**Narrow By Options**

| Document Type: | ▼ | Filed By: |
| --- | --- | --- |
| ▼ | | |
| Motion Info: | ▼ | Filed Date: |
| 📅 thru 📅 | | |
| Document #: | | |

📁 Show Motion Folders ONLY

Sort By: Document # ▼

| # | Document | Filed By | Status |
| --- | --- | --- | --- |
| 1 | SUMMONS WITH NOTICE | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 11/04/2022<br>Received: 11/04/2022 | **Processed**<br>Confirmation Notice |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 03/10/2023<br>Received: 03/10/2023 | **Processed**<br>Confirmation Notice |
| 3 | DEMAND FOR COMPLAINT | HUEBNER, LEVI<br>Filed: 03/12/2023<br>Received: 03/12/2023 | **Processed**<br>Confirmation Notice |
| 4 | COMPLAINT | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 03/29/2023<br>Received: 03/29/2023 | **Processed**<br>Confirmation Notice |
| 5 | NOTICE OF REMOVAL / REMAND (PRE RJI)<br>*Notice of Filing of Notice of Removal* | HUEBNER, LEVI<br>Filed: 04/18/2023<br>Received: 04/18/2023 | **Processed**<br>Confirmation Notice |
| 6 | EXHIBIT(S) - A<br>*Notice of Removal Filed in Federal Court* | HUEBNER, LEVI<br>Filed: 04/18/2023<br>Received: 04/18/2023 | **Processed**<br>Confirmation Notice |
| 7 | FEDERAL COURT ORDER (COPY) | Court User<br>Filed: 08/15/2023<br>Received: 08/15/2023 | **Processed**<br>Confirmation Notice |
| 8 | NOTICE OF MOTION (Motion #001) | HUEBNER, LEVI<br>Filed: 08/16/2023<br>Received: 08/16/2023 | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 9 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #001)<br>*Attorney Affirmation in Support of Motion* | HUEBNER, LEVI<br>Filed: 08/16/2023<br>Received: 08/16/2023 | **Processed**<br>Confirmation Notice |
| 10 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF | HUEBNER, LEVI | Processed |

| | | | |
|---|---|---|---|
| 10 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #001) *Client Affidavit in Support of Motion* | HUEBNER, LEVI Filed: 08/16/2023 Received: 08/16/2023 | **Processed** Confirmation Notice |
| 11 | EXHIBIT(S) - 1 (Motion #001) *Defective Affidavit of Service Re: Katz PLLC* | HUEBNER, LEVI Filed: 08/16/2023 Received: 08/16/2023 | **Processed** Confirmation Notice |
| 12 | EXHIBIT(S) - 2 (Motion #001) *Defective Affidavit of Service Re: Katz PC* | HUEBNER, LEVI Filed: 08/16/2023 Received: 08/16/2023 | **Processed** Confirmation Notice |
| 13 | EXHIBIT(S) - 3 (Motion #001) *Defective Affidavit of Service Re: Katz* | HUEBNER, LEVI Filed: 08/16/2023 Received: 08/16/2023 | **Processed** Confirmation Notice |
| 14 | EXHIBIT(S) - 4 (Motion #001) *Demand for Complaint* | HUEBNER, LEVI Filed: 08/16/2023 Received: 08/16/2023 | **Processed** Confirmation Notice |
| 15 | EXHIBIT(S) - 5 (Motion #001) *Unverified Complaint* | HUEBNER, LEVI Filed: 08/16/2023 Received: 08/16/2023 | **Processed** Confirmation Notice |
| 16 | RJI -RE: NOTICE OF MOTION (Motion #001) | HUEBNER, LEVI Filed: 08/16/2023 Received: 08/16/2023 | **Processed** Confirmation Notice Payment Receipt |
| 17 | LETTER / CORRESPONDENCE TO JUDGE (Motion #001) | BLUMENTHAL, ELLIOT JOSEPH Filed: 08/25/2023 Received: 08/25/2023 | **Processed** Confirmation Notice |
| 18 | LETTER / CORRESPONDENCE TO JUDGE *Letter Responding to [NYSCEF 17]* | HUEBNER, LEVI Filed: 08/29/2023 Received: 08/29/2023 | **Processed** Confirmation Notice |
| 19 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #001) | BLUMENTHAL, ELLIOT JOSEPH Filed: 09/20/2023 Received: 09/20/2023 | **Processed** Confirmation Notice |
| 20 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #001) | BLUMENTHAL, ELLIOT JOSEPH Filed: 09/20/2023 Received: 09/20/2023 | **Processed** Confirmation Notice |
| 21 | EXHIBIT(S) - A (Motion #001) *Affidavits of Service* | BLUMENTHAL, ELLIOT JOSEPH Filed: 09/20/2023 Received: 09/20/2023 | **Processed** Confirmation Notice |
| 22 | AFFIDAVIT OR AFFIRMATION IN REPLY (Motion #001) *Attorney Affirmation in Reply* | HUEBNER, LEVI Filed: 09/26/2023 Received: 09/26/2023 | **Processed** Confirmation Notice |
| 23 | DECISION + ORDER ON MOTION (Motion #001) | Court User Filed: 02/05/2024 Received: 02/05/2024 | **Processed** Confirmation Notice |

| | | | |
|---|---|---|---|
| 24 | NOTICE OF ENTRY (Motion #001) | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 02/05/2024<br>Received: 02/05/2024 | Processed<br>Confirmation Notice |
| 25 | ANSWER | HUEBNER, LEVI<br>Filed: 02/15/2024<br>Received: 02/15/2024 | Processed<br>Confirmation Notice |
| 26 | NOTICE OF DEPOSITION | HUEBNER, LEVI<br>Filed: 02/15/2024<br>Received: 02/15/2024 | Processed<br>Confirmation Notice |
| 27 | PRELIMINARY CONFERENCE REQUEST | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 02/16/2024<br>Received: 02/16/2024 | Processed<br>Confirmation Notice |
| 28 | NOTICE OF APPEAL/INFORMATIONAL STATEMENT/COPY OF ORDER/PROOF OF SERVICE | HUEBNER, LEVI<br>Filed: 03/06/2024<br>Received: 03/06/2024 | Processed<br>Confirmation Notice<br>Payment Receipt |
| 29 | COURT NOTICE | Court User<br>Filed: 03/07/2024<br>Received: 03/07/2024 | Processed<br>Confirmation Notice |
| 30 | DEPOSITION SCHEDULE RIDER<br>*Plaintiffs' deposition rider* | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 04/03/2024<br>Received: 04/03/2024 | Processed<br>Confirmation Notice |
| 31 | ADR - ATTORNEY CERTIFICATION | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 04/03/2024<br>Received: 04/03/2024 | Processed<br>Confirmation Notice |
| 32 | DEPOSITION SCHEDULE RIDER<br>*Defendants' Deposition Schedule as Opposed to Plaintiff's Unilateral Filing Made Without Consent of ... show more* | HUEBNER, LEVI<br>Filed: 05/08/2024<br>Received: 05/08/2024 | Processed<br>Confirmation Notice |
| 33 | ORDER - PRELIMINARY CONFERENCE | Court User<br>Filed: 05/21/2024<br>Received: 05/20/2024 | Processed<br>Confirmation Notice |
| 34 | INTERROGATORIES<br>*First Set of Interrogatories Regarding Issac Begun* | HUEBNER, LEVI<br>Filed: 06/21/2024<br>Received: 06/21/2024 | Processed<br>Confirmation Notice |
| 35 | INTERROGATORIES<br>*First Set of Interrogatories Regarding Allan Eisenman* | HUEBNER, LEVI<br>Filed: 06/21/2024<br>Received: 06/21/2024 | Processed<br>Confirmation Notice |
| 36 | NOTICE OF DISCOVERY AND INSPECTION<br>*Notice of Discovery & Inspection Regarding Issac Begun* | HUEBNER, LEVI<br>Filed: 06/21/2024<br>Received: 06/21/2024 | Processed<br>Confirmation Notice |
| 37 | NOTICE OF DISCOVERY AND INSPECTION | HUEBNER, LEVI | Processed |

| | | | |
|---|---|---|---|
| | Notice of Discovery & Inspection Regarding Allan Eisenman | Filed: 06/21/2024<br>Received: 06/21/2024 | Confirmation Notice |
| 38 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of First Notice for Discovery and Inspection | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 06/24/2024<br>Received: 06/24/2024 | Processed<br>Confirmation Notice |
| 39 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service of Interrogatories and Notices of Discovery & Inspection | HUEBNER, LEVI<br>Filed: 06/24/2024<br>Received: 06/24/2024 | Processed<br>Confirmation Notice |
| 40 | NOTICE OF REJECTION<br>Letter or Rejection of Plaintiff's Improper and Untilely Discovery Demands | HUEBNER, LEVI<br>Filed: 07/08/2024<br>Received: 07/08/2024 | Processed<br>Confirmation Notice |
| 41 | EXHIBIT(S)  - A<br>Plaintiff's Improper and Untilely Discovery Demands | HUEBNER, LEVI<br>Filed: 07/08/2024<br>Received: 07/08/2024 | Processed<br>Confirmation Notice |
| 42 | NOTICE OF REJECTION<br>Notice of rejection of Defendants' improper rejection of discovery demands | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 07/09/2024<br>Received: 07/09/2024 | Processed<br>Confirmation Notice |
| 43 | RESPONSE TO DEMAND<br>Plaintiff Isaac Begun's Objections and Responses to Interrogatories | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 07/22/2024<br>Received: 07/22/2024 | Processed<br>Confirmation Notice |
| 44 | RESPONSE TO DEMAND<br>Plaintiff Isaac Begun's Objections and Responses to Defendants' Notice for Discovery and Inspection | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 07/22/2024<br>Received: 07/22/2024 | Processed<br>Confirmation Notice |
| 45 | COURT NOTICE | Court User<br>Filed: 08/06/2024<br>Received: 08/06/2024 | Processed<br>Confirmation Notice |
| 46 | LETTER / CORRESPONDENCE TO JUDGE | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 08/22/2024<br>Received: 08/22/2024 | Processed<br>Confirmation Notice |
| 47 | STIPULATION - SO ORDERED | Court User<br>Filed: 11/12/2024<br>Received: 11/06/2024 | Processed<br>Confirmation Notice |
| 48 | LETTER / CORRESPONDENCE TO JUDGE | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 01/09/2025<br>Received: 01/09/2025 | Processed<br>Confirmation Notice |
| 49 | DEMAND FOR:<br>Good Faith Demand Pursuant to the Uniform Rule 202.7 (c) | HUEBNER, LEVI<br>Filed: 01/15/2025<br>Received: 01/15/2025 | Processed<br>Confirmation Notice |
| 50 | EXHIBIT(S)  - A<br>November 15, 2024, Deficiency Letter and Good | HUEBNER, LEVI<br>Filed: 01/15/2025 | Processed<br>Confirmation Notice |

| | | | |
|---|---|---|---|
| | *Faith Demand Pursuant to the Uniform Rule 202.7 (c)* | *Received: 01/15/2025* | |
| 51 | NOTICE OF DISCOVERY AND INSPECTION | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 01/23/2025<br>Received: 01/23/2025 | Processed<br>Confirmation Notice |
| 52 | ORDER - OTHER | Court User<br>Filed: 01/23/2025<br>Received: 01/23/2025 | Processed<br>Confirmation Notice |
| 53 | STIPULATION - SO ORDERED | Court User<br>Filed: 01/28/2025<br>Received: 01/23/2025 | Processed<br>Confirmation Notice |
| 54 | RESPONSE TO DEMAND<br>*Amended Response to Document Demand* | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 02/20/2025<br>Received: 02/20/2025 | Processed<br>Confirmation Notice |
| 55 | RESPONSE TO DEMAND<br>*Amended Response to Document Demand* | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 02/20/2025<br>Received: 02/20/2025 | Processed<br>Confirmation Notice |
| 56 | INTERROGATORIES<br>*Amended Interrogatory Response Eisenman* | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 02/23/2025<br>Received: 02/23/2025 | Processed<br>Confirmation Notice |
| 57 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*Affidavit of Service of Amended Discovery Responses* | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 02/24/2025<br>Received: 02/24/2025 | Processed<br>Confirmation Notice |
| 58 | LETTER / CORRESPONDENCE TO JUDGE | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 04/10/2025<br>Received: 04/10/2025 | Processed<br>Confirmation Notice |
| 59 | COURT NOTICE | Court User<br>Filed: 04/10/2025<br>Received: 04/10/2025 | Processed<br>Confirmation Notice |
| 60 | NOTICE OF MOTION  (Motion #002) | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 05/15/2025<br>Received: 05/15/2025 | Processed<br>Confirmation Notice<br>Payment Receipt |
| 61 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION  (Motion #002) | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 05/15/2025<br>Received: 05/15/2025 | Processed<br>Confirmation Notice |
| 62 | EXHIBIT(S)  - A  (Motion #002)<br>*January 23, 2025 Order* | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 05/15/2025<br>Received: 05/15/2025 | Processed<br>Confirmation Notice |

| | | | |
|---|---|---|---|
| 63 | EXHIBIT(S) - B (Motion #002)<br>*Plaintiffs' document demand* | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 05/15/2025<br>*Received: 05/15/2025* | **Processed**<br>Confirmation Notice |
| 64 | EXHIBIT(S) - C (Motion #002)<br>*March 19, 2025 email* | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 05/15/2025<br>*Received: 05/15/2025* | **Processed**<br>Confirmation Notice |
| 65 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #003) | HUEBNER, LEVI<br>Filed: 06/13/2025<br>*Received: 06/13/2025* | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 66 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP (Motion #003)<br>*Affirmation in Support of OSC* | HUEBNER, LEVI<br>Filed: 06/13/2025<br>*Received: 06/13/2025* | **Processed**<br>Confirmation Notice |
| 67 | AFFIRMATION (Motion #003)<br>*Emergency Affirmation* | HUEBNER, LEVI<br>Filed: 06/13/2025<br>*Received: 06/13/2025* | **Processed**<br>Confirmation Notice |
| 68 | EXHIBIT(S) - A (Motion #003)<br>*Email of TRO Notice* | HUEBNER, LEVI<br>Filed: 06/13/2025<br>*Received: 06/13/2025* | **Processed**<br>Confirmation Notice |
| 69 | ORDER TO SHOW CAUSE (Motion #003)<br>*SIGNED* | Court User<br>Filed: 06/16/2025<br>*Received: 06/16/2025* | **Processed**<br>Confirmation Notice |
| 70 | ORDER TO SHOW CAUSE - CONFORMED COPY (Motion #003) | HUEBNER, LEVI<br>Filed: 06/19/2025<br>*Received: 06/19/2025* | **Processed**<br>Confirmation Notice |
| 71 | NOTICE OF BANKRUPTCY (POST RJI) | HUEBNER, LEVI<br>Filed: 07/15/2025<br>*Received: 07/15/2025* | **Processed**<br>Confirmation Notice |
| 72 | EXHIBIT(S) - A<br>*Bankruptcy Filing in Federal Court* | HUEBNER, LEVI<br>Filed: 07/15/2025<br>*Received: 07/15/2025* | **Processed**<br>Confirmation Notice |
| 73 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #003)<br>*Affirmation of Service* | HUEBNER, LEVI<br>Filed: 07/15/2025<br>*Received: 07/15/2025* | **Processed**<br>Confirmation Notice |
| 74 | LETTER / CORRESPONDENCE TO JUDGE (Motion #002) | BLUMENTHAL, ELLIOT JOSEPH<br>Filed: 10/22/2025<br>*Received: 10/22/2025* | **Processed**<br>Confirmation Notice |
| 75 | NOTICE OF BANKRUPTCY (POST RJI)<br>*Notice of Bankruptcy* | HUEBNER, LEVI<br>Filed: 12/15/2025<br>*Received: 12/15/2025* | **Processed**<br>Confirmation Notice |

<< Return to **Search Results**